FILED
October 5, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KARINA ELIZABETH DIAZ,

Defendant.

Case No. 2:25-cr-00102-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KARINA ELIZABETH DIAZ, Case No. 2:25-cr-00102-DAD, Charge 18 U.S.C. § 3606 from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

______ Unsecured Appearance Bond $ ____________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

x (Other): Release delayed until 10/28/2026 at 9:00 AM with terms as stated on the record. Following release, defendant shall be transported to Wellspace for an assessement. Defendant shall begin the 90-day inpatient program at Wellspace on 10/29/2026.

Issued at Sacramento, California on October 5, 2026, at 2:50 PM.

By: ____________

Magistrate Judge Sean C. Riordan