COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
KARINA DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KARINA DIAZ,<br>Defendant. | 2:25-CR-00102-DAD<br>**AMENDED STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

## STIPULATION

By previous order, this matter was set for an Admit/Deny hearing on November 2, 2026. Ms. Diaz is currently participating in an in-patient treatment program with WellSpace. In order to avoid an interruption of this treatment, and to allow defense further time to discuss resolution and otherwise prepare, the parties now stipulate to continue the Admit/Deny hearing to January 11, 2027. The government does not oppose this request.

Respectfully submitted,

Dated: October 29, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
KARINA DIAZ

Dated: October 29, 2026

_/s/ Jason Hitt
JASON HITT
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing scheduled in this case for November 2, 2026, is continued to January 11, 2027, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 28, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE